AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ **DELAWARE**

( 4 )

UNITED STATES OF AMERICA
V.

Jocelyn Priscilla Lewis

(Name and Address of Defendant)

## SUMMONS IN A CRIMINAL CASE

Case Number:    SLR
CR 06-95 (~~UNA~~)

REDACTED

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| J. Caleb Boggs Federal Building 844 North King Street | Magistrate Ctrm # 6C, 6th Floor |
| Wilmington, Delaware 19801 | Date and Time |
| Before: Honorable Mary Pat Thynge, U.S. Magistrate Judge | September 28, 2006 at 1:00 P.M. |

** Please report to the U.S, Marshal's office Rm #100 by NOON

To answer a(n)
X  Indictment    ☐ Information    ☐ Complaint    ☐ Violation Notice    ☐ Probation Violation Petition

Charging you with a violation of Title _____ 18 _____ United States Code, Section(s) _____ 641 _____

Brief description of offense:

EMBEZZLE, STEAL, PURLOIN AND CONVERT MONEY FROM THE SOCIAL SECURITY
ADMINISTRATION

FILED

SEP 27 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Evotto Watson , Deputy Clerk

Signature of Issuing Officer

September 15, 2005 in Wilmington, DE

Date

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
| --- |

Date

Service was made by me

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: _Cert. Mail_

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned   9/26-06
Date

D WThomas
Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

¹ As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Co...

For delivery information visit our web...

OFFICI

Postage | $

Certified F...

Return R...
(Endorsem...

Re...
(F...

...mark
Here

7004 1160 0006 7939 9224

Jocelyn Priscilla Lewis

S...
Street,
or PO B...
City, State,

See Reverse for Instructions

PS Form 3800, June 2002

---

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee |
| 1. Article Addressed to:<br><br>Jocelyn Priscilla Lewis | B. Received by (Printed Name)   C. Date of Delivery<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>SEP 25 2006<br>USPS - 19809 |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number<br>7004 1160 0006 7939 9224 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540