UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Jocelyn Pricilla Lewis<br><br>Defendant. | )<br>)<br>)<br>)<br>)   CASE NO. CR 06-95 (SLR)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

The defendant, upon entering a plea of not guilty to the Indictment on *September 26, 2006* requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until *November 13, 2006*. The time between the date of this order and *November 13, 2006* shall be excludable under the Speedy Trial Act (18 U.S.C. 3161, et seq.).

_____
Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney