IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 06-095-SLR |
| | ) |
| JOCEYLN PRICILLA LEWIS, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 17th day of November, 2006,

IT IS ORDERED that a telephonic status conference is scheduled for **Thursday, November 30, 2006** at **9:15 a.m.**, with the court initiating said call.

                                                      _____
                                                     United States District Judge