IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOCELYN PRICILLA LEWIS,<br><br>　　　　Defendant. | :<br>:<br>:<br>:  Crim. A. No. 06-95 (SLR)<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Please withdraw the appearance of Assistant United States Attorney David L. Hall as attorney of record on behalf of the United States of America, and enter the appearance of Assistant United States Attorney Sophie E. Bryan.

　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　Sophie E. Bryan
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　United States Attorney's Office
　　　　　　　　　　　　　　　　　　　　1007 Orange Street, Suite 700
　　　　　　　　　　　　　　　　　　　　P.O. Box 2046
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899-2046
　　　　　　　　　　　　　　　　　　　　(302) 573-6277
　　　　　　　　　　　　　　　　　　　　sophie.bryan@usdoj.gov

Dated:  November 21, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Crim. A. No. 06-95 (SLR) |
| JOCELYN PRICILLA LEWIS, | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, Sophie E. Bryan, Assistant United States Attorney for the District of Delaware, hereby certify that on the 21st of November 2006, I caused to be filed electronically a Notice of Substitution of Counsel with the Clerk of the Court using CM/ECF, which will be available for public viewing and downloading. I further certify that a copy of the foregoing notice was served electronically on counsel of record as follows:

Christopher S. Koyste, Esquire
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, DE 19801

/s/
Sophie E. Bryan
Assistant United States Attorney
United States Attorney's Office
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277
sophie.bryan@usdoj.gov