IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| )    | |
| Plaintiff,    ) | |
| )    | |
| v.    ) | Crim. No. 06-095-SLR |
| )    | |
| JOCELYN LEWIS,    ) | |
| )    | |
| Defendant.    ) | |

**O R D E R**

At Wilmington this 21st day of December, 2006, having been advised by counsel that defendant intends to change her plea of not guilty to guilty;

IT IS ORDERED that:

1. A change of plea hearing is scheduled for **Friday, January 12, 2007 at 10:00 a.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. The time between this order and the **January 12, 2007** change of plea hearing shall be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(8)(A).

                                                                                                                      _____
                                                            United States District Judge