Filed in open court FMT 1/12/07

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-95 (SLR) |
| JOCELYN PRICILLA LEWIS, | : |
| Defendant. | : |

### SUPERSEDING MISDEMEANOR INFORMATION

The United States Attorney for the District of Delaware charges that:

### COUNT ONE

From in or about June 2001 to in or about March 2003, in the State and District of Delaware, **JOCELYN PRICILLA LEWIS**, defendant herein, did knowingly and willfully embezzle, steal, purloin, and convert to her own use, money of the United States, in violation of Title 18, United States Code, Section 641.

COLM F. CONNOLLY
United States Attorney

By: _____
Sophie E. Bryan
Assistant United States Attorney

Dated: January 12, 2007