*filed in open court 1/12/07*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-95 (SLR) |
| | : | |
| JOCELYN PRICILLA LEWIS, | : | |
| | : | |
| Defendant. | : | |

## MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Sophie E. Bryan, Assistant United States Attorney for the District of Delaware, and, pursuant to the Memorandum of Plea Agreement dated January 12, 2007, hereby moves this Court to dismiss the one-count Indictment returned against the above-named defendant on September 5, 2006.

COLM F. CONNOLLY
United States Attorney

By: _____
Sophie E. Bryan
Assistant United States Attorney

Dated: January 12, 2007

SO ORDERED this ___12th___ day of ___January___, 2007.

_____
Honorable Sue L. Robinson
Chief United States District Judge